UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :        Hon. Jose L. Linares
                                         Crim. No. 09-115 (JLL)
                v.              :
                                         CONTINUANCE ORDER
WASHINGTON PEREZ                :

        This matter having come before the Court on the joint

application of Ralph J. Marra, Jr., Acting United States Attorney

for the District of New Jersey (by Brian L. Urbano, Assistant

U.S. Attorney), and defendant Washington Perez (by Raymond Flood,

Esq.) for an order granting a continuance of the proceedings in

the above-captioned matter, and the defendant being aware that

she has the right to have the matter brought to trial within 70

days of the date of his appearance before a judicial officer of

this court pursuant to Title 18 of the United States Code,

Section 3161(c)(1), and as the defendant has consented to such a

continuance, and for good and sufficient cause shown,

        IT IS THE FINDING OF THIS COURT that this action should

be continued for the following reasons:

        1.  Plea negotiations are currently in progress, and

both the United States and the defendants desire additional time

to finalize a plea agreement, which would render trial of this

matter unnecessary;

2.   Defendant has consented to the aforementioned continuance; and

3.   Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this ____24th____ day of September, 2009,

IT IS ORDERED that defense motions shall be filed by October 20, 2009, the government's reply shall be filed by October 3, 2009, the argument of the motions is scheduled for October 10, 2009, and the trial is scheduled for December 1, 2009; and

IT IS FURTHER ORDERED that the period from September
29, 2009, through December 1, 2009, shall be excludable in
computing time under the Speedy Trial Act of 1974, pursuant to
Title 18, United States Code, Section 3161(h)(8).


HON. JOSE L. LINARES
United States District Judge


I hereby consent to the form
and entry of this Order


Raymond Flood, Esq.
ATTORNEY FOR DEFENDANT


Brian L. Urbano, AUSA